EL PUEBLO, DEMANDANTE Y APELADO, *v.* SALGADO, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Segunda en causa por infracción a la Ley de Automóviles.

No. 1424.—Resuelto en noviembre 21, 1919.

AUTOMÓVILES—INFRACCIÓN A LA LEY DE AUTOMÓVILES—REQUISITOS DE LA DENUNCIA.—En una denuncia formulada de acuerdo con la sección 12 de la Ley de Automoviles, no basta que se exprese en general que el chauffeur no tomó las precauciones razonables para garantizar la seguridad personal del perjudicado, sino que es necesario especificar, además, que realizó algún hecho en violación de alguna o algunas de las varias disposiciones concretas contenidas en dicha sección.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Heriberto Torres Solá* y *F. Marchán Sicardó.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante fué denunciado por infracción del artículo 12, letra A de la Ley No. 75 de 1916, sobre automóviles, porque entre 5 y 5 y media de la tarde del 31 de julio de 1918, en el barrio de Sabana Llana de Río Piedras "manejaba el automóvil No. P. 406 por la carretera central que de Río Piedras conduce a Carolina y en el Kilómetro 4, que es un camino público de Puerto Rico, ilegal, voluntaria y maliciosamente al caminar a gran velocidad por tal sitio no tomando las precauciones razonables para garantizar la seguridad de la vida de Damiana Hernaiz desvió dicho automóvil No. P. 406 lanzándolo contra ella y ocasionándole al chocar con ella la fractura de los huesos tibia y peroné de la pierna derecha * * * ."

Alega el apelante como fundamento para que le revoquemos la sentencia que lo condenó con esa denuncia que ésta no le imputa delito alguno porque faltan en ella los hechos esenciales para que pudiera conocer con toda claridad

cuál es el delito que se le imputa a fin de poder preparar su defensa sin dudas ni vacilaciones.

El fiscal de este tribunal estuvo conforme con esa alegación y también nos pide que por ese motivo revoquemos la sentencia apelada.

La cuestión suscitada por el apelante ha sido ya resuelta por nosotros en el mismo sentido que propone, en los casos *El Pueblo* v *Borque,* 25 D. P. R. 595, y en el de *El Pueblo* v. *Rivera,* 26 D. P. R. 439, que resolvimos considerando denuncias idénticas a la que origina este recurso, por lo que, por los motivos expuestos en esos casos, debemos ahora revocar la sentencia apelada y absolver al acusado.

> *Revocada la sentencia apelada y absuelto el acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado del Toro.

Los Jueces Asociados Sres. Wolf y Hutchison no intervinieron en la resolución de este caso.